IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
|     US AIRWAYS, INC. et al., ) | |
| ) | |
|     Reorganized Debtors. ) | |
| ) | 1:06cv534 |
| PHILLIP H. FRAZIER, ) | |
| ) | |
|         Appellant, ) | |
| ) | |
| v. ) | |
| ) | Case No. 04-13819-SSM |
| US AIRWAYS, INC. ) | Jointly Administered |
| ) | Chapter 11 |
|         Appellee. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the decision of the bankruptcy court be and is AFFIRMED.

To appeal this decision, a Notice of Appeal must be filed with the Clerk of this Court within 30 days of receipt of this Order.

The Clerk is directed to forward copies of this Order to counsel of record and to the pro se appellant, Phillip H. Frazier.

Entered this 3rd day of October, 2006.

                                                                              /s/
                                                Leonie M. Brinkema
                                                United States District Judge

Alexandria, Virginia